

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-16-00140-CR

Matthew David **LEAL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 2, Bexar County, Texas
Trial Court No. 492801
Honorable Jason Wolff, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE ALVAREZ, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the judgment of the trial court is affirmed.

SIGNED December 7, 2016.

_____
Jason Pulliam, Justice